UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF VIRGINIA

RICHMOND DIVISION

IN RE:  Tina Hitsman

                                              12-34339-KRH

          Debtor(s)                        Chapter 13

## ORDER APPROVING ATTORNEY COMPENSATION

The attorney for Debtors(s) filed an application for supplemental compensation stating that she is entitled to receive as supplemental compensation the amount of $1,494.31 in connection with the following:

> The Attorney has provided services to the Debtor(s) in connection with a Motion to Avoid a Judical Lien resulting an Order Avoiding said lien entered by the court on 3/26/13

There being no objection filed to the application for compensation in this matter to date in the amount of $1,494.31 and that the Chapter 13 trustee, Robert Hyman, is authorized to pay an additional $1,494.31 to The America Law Group from the next funds paid by or on behalf of the debtor to the Chapter 13 plan.

UNITED STATES BANKRUPTCY COURT

By_____

Judge

Notice of Order Entered on Docket

I ask for this:

/s/ Linda D. Jennings

Linda D. Jennings, VSB#19455,

Counsel for Debtor

2312 Boulevard

Colonial Heights, VS 23834

Tel. 804-520-2428

Fax: 804-318-3806


Seen and agreed


/s/ Robert Hyman

Robert Hyman, Chapter 13 Trustee



Certification

      I hereby certify that this Order has been endorsed by all necessary parties to this matter.

                                        /s/ Linda D. Jennings

                                        Linda D. Jennings

Please send a copy of this Order to:


Robert Hyman, Chapter 13 Trustee

P.O. Box 1819

Richmond, VA 23219

Tina Hitsman

1109 Traywick Court

Chester, VA 23836